# UNITED STATES BANKRUPTCY APPELLATE PANEL

# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>    Debtor. | B.A.P. No. HI-22-1191<br>On Appeal from:<br>United States Bankruptcy Court<br>for the District of Hawaii<br><br>Bankr. No. 21-00094<br>Chapter 11<br>Adversary Proceeding No. 21-90009 |
| TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>    Appellant,<br><br>    vs.<br><br>PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC,<br><br>    Appellees. | |

## NOTICE OF APPEARANCE

TSUGAWA LAU & MUZZI LLLC
CHRISTOPHER J. MUZZI 6939
LEILA M. ROTHWELL 7626
55 Merchant Street, Suite 3000
Honolulu, Hawaii 96813
Telephone No.: (808) 531-0490
Facsimile No.: (808) 534-0202
Email: cmuzzi@hilaw.us; lrs@hilaw.us

50200/1/105188

Special Counsel for Appellees/Plaintiffs
PACIFIC LINKS U.S. HOLDINGS, INC.;
HAWAII MVCC LLC; HAWAII MGCW LLC;
MDRE LLC; MDRE 2 LLC; MDRE 3 LLC;
MDRE 4 LLC; and MDRE 5 LLC

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that LEILA M. ROTHWELL, of the law firm Tsugawa Lau & Muzzi, a Hawaii Limited Liability Law Company, hereby enters her appearance in this case as Special Co-counsel for Appellees/Plaintiffs PACIFIC LINKS U.S. HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC.

It is requested that all parties hereafter, in making service upon Appellees/Plaintiff that all pleadings, documents and other materials served or filed in this case also be served by the court's electronic filing, mailing or delivering a copy no the following:

> CHRISTOPHER J. MUZZI
> LEILA M. ROTHWELL
> Tsugawa Lau & Muzzi LLLC
> 55 Merchant Street, Suite 3000
> Honolulu, HI 96813
> Email: cmuzzi@hilaw.us; lrs@hilaw.us

Dated: Honolulu, Hawaii, January 6, 2023.

/s/ Christopher J. Muzzi
CHRISTOPHER J. MUZZI
Counsel for Appellees

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, I electronically filed the foregoing document with the clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system.

I certify that all parties of record to this appeal either are registered CM/ECF users, or have registered for electronic notice, or have consented in writing to electronic service, and that service will be accomplished through the CM/ECF system.

Dated: Honolulu, Hawaii, January 6, 2023.

/s/ Christopher J. Muzzi
CHRISTOPHER J. MUZZI
Counsel for Appellees

50200/1/105188