hib_8010b (1/2015)



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

| | | | |
|---|---|---|---|
| *Debtor(s):* | Pacific Links US Holdings, Inc. | Chapter 11 | Case No. 21-00094 |

| | | |
|---|---|---|
| *Plaintiff(s):*<br>("et al." if multiple) | Pacific Links US Holdings, Inc., | A.P. No. 21-90009 |
| *vs. Defendant(s):*<br>("et al." if multiple) | Tianjin Dinghui Hongjun Equity Investment Partnership | |

## CERTIFICATE OF READINESS

In accordance with Fed. R. Bankr. P. 8010(b)(1), notice is given that the record on appeal is complete and is available electronically.

Appellate Court: Bankruptcy Appelate Panel    Case No.: HI-22-1191

The record includes the following checked items, which are attached hereto.

☒ Notice of appeal
☒ Judgment or order being appealed, and any related opinion or findings of fact and conclusions of law
☐ Docket sheet
☒ Items designated by the parties and statement of issues to be presented
☐ Agreed statement as the record on appeal (Fed. R. Bankr. P. 8009(d))
☐ Statement of evidence when a transcript is unavailable (Fed. R. Bankr. P. 8009(c))

Transcript(s) available electronically for the hearing/trial date(s) below.

4/29/22, 6/27/22, 6/28/22, 6/29/22, and 8/26/22

☐ If checked, the designated record includes one or more sealed documents.

Note: Order Granting Motion for Stay Pending Appeal docketed on 11/17/2022 (attached)

Dated: November 28, 2022                    Michael B. Dowling, Clerk

*Filer's Name, Address, Phone, Fax, Email:*                                                   Form 417A (12/15)

CASE LOMBARDI & PETTIT, A LAW CORPORATION
TED N. PETTIT (4287); MARK G. VALENCIA (6783);
MICHELLE J. CHAPMAN (9351); JAMES W. ROONEY
(11361)
Emails: tnp@caselombardi.com; mgv@caselombardi.com;
mjc@caselombardi.com; jwr@caselombardi.com
737 Bishop Street, Suite 2600 Mauka Tower
Honolulu, Hawaii  96813;
Phone: (808) 547-5400; Fax: (808) 523-1888



**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 BISHOP STREET, SUITE 250**
**HONOLULU, HI 96813**

Attorneys for Defendant
Tianjin Dinghui Hongjun Equity Investment Partnership

| | | |
|---|---|---|
| Debtor(s): | **Chapter:** | **Case No.:** |
| Pacific Links U.S. Holdings, Inc., et al. | **11** | **21-00094** |

| | |
|---|---|
| *(If Adversary Proceeding)* Plaintiff(s): | **A.P. No.:** |
| Pacific Links U.S. Holdings, Inc., et al. | **21-90009** |

| | |
|---|---|
| *(If Adversary Proceeding)* Defendant(s): | **Related Docket No.:** |
| Tianjin Dinghui Hongjun Equity Investment Partnership | **206** |

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):

   Tianjin Dinghui Hongjun Equity Investment Partnership (Limited Partnership)

2. Position of appellant(s) in adversary proceeding or bankruptcy case that is subject of this appeal:

For appeals in an adversary proceeding.

For appeals in a bankruptcy case and not in an adversary proceeding.

☐ Plaintiff
☒ Defendant
☐ Other (describe):

☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

### Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from:
   Final Judgment

2. State the date on which the judgment, order, or decree was entered:  August 31, 2022

**Part 3: Identify the other parties to the appeal**

List the names of all the parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party:

Pacific Links US Holdings, Inc.; Hawaii MVCC LLC; Hawaii MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC

Attorney:

Christopher J. Muzzi
Email: cmuzzi@hilaw.us
Tsugawa Lau & Muzzi, LLLC
1132 Bishop Street, Ste. 2400
Honolulu, HI 96813
Phone: 808.531.0490 | Fax : 808.534.0202

2. Party:

TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP)

Attorney:

TED N. PETTIT; MARK G. VALENCIA; MICHELLE J. CHAPMAN; JAMES W. ROONEY
Emails: tnp@caselombardi.com; mgv@caselombardi.com; mjc@caselombardi.com; jwr@caselombardi.com
CASE LOMBARDI & PETTIT, A LAW CORPORATION
737 Bishop Street, Suite 2600 Mauka Tower
Honolulu, Hawaii 96813
Phone: (808) 547-5400; Fax: (808) 523-1888

**Part 4: Optional election to have appeal heard by District Court**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect(s) to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

/s/ Ted N. Pettit

Date: September 14, 2022

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

CASE LOMBARDI & PETTIT, A LAW CORPORATION
TED N. PETTIT (4287); MARK G. VALENCIA (6783); MICHELLE J. CHAPMAN (9351); JAMES W. ROONEY (11361)
Emails: tnp@caselombardi.com; mgv@caselombardi.com; mjc@caselombardi.com; jwr@caselombardi.com
737 Bishop Street, Suite 2600 Mauka Tower
Honolulu, Hawaii 96813;
Phone: (808) 547-5400; Fax: (808) 523-1888

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**Date Signed:**
**August 31, 2022**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>                Debtor. | Case No. 21-00094<br>Chapter 11<br>(Jointly Administered - Lead Case) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |
| PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC,<br><br>                Plaintiffs,<br><br>    vs.<br><br>TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP),<br><br>                Defendant. | Adversary Proceeding No. 21-90009<br><br>Judge: Robert J. Faris<br><br>Trial Date: June 27 - 29, 2022<br><br>RE: Dkt. Nos. 133 and 196 |

# FINAL JUDGMENT

In accordance with (1) the Memorandum of Decision on Motion for Partial Summary Judgment (Reasonably Equivalent Value) entered on May 4, 2022, Dkt. No. 133; and (2) the Findings of Fact and Conclusions of Law entered on August 8, 2022, Dkt. No. 196, it is ORDERED, ADJUDGED and DECREED that Final judgment, pursuant to Fed. R. Civ. P. 58 and Fed. R. Bankr. P. 7058, is hereby entered in favor of Plaintiffs and against Defendant on Counts I through IX of the Complaint as follows:

1. As to Count I, the Framework Agreement is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

2. As to Count II, the Secured Guaranty is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

3. As to Count III, the Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated December 11, 2019, which was recorded in the Office of the Assistant Registrar of the Land Court of the State of Hawaii ("Land Court") as Document No. T11048182 on April 1, 2020 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev.

Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

4. As to Count IV, the Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated December 11, 2019, which was recorded in the Land Court as Document No. T11070209 on April 23, 2020 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

5. As to Count V, Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated December 11, 2019, which was recorded in the Land Court as Document No. T11070208 on April 23, 2020 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

6. As to Count VI, the Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated December 11, 2019, which was recorded in the Land Court as Document No. T11049137 on April 2, 2020 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

7.     As to Count VII, the Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated December 11, 2019, which was recorded in the Land Court as Document No. T11046279 on March 30, 2020 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

8.     As to Count VIII, the Mortgage, Assignment of Leases and Rents, Security Agreement, and Fixture Filing dated December 11, 2019, which was recorded in the Land Court as Document No. T11048283 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

9.     As to Count IX, the Membership Interest Pledge Agreement dated as of December 11, 2019 is avoided pursuant to 11 U.S.C. § 548(a)(1)(B) and 11 U.S.C. § 544(b)(1), applying Haw. Rev. Stat. § 651C-(4)(a)(2) and preserved for the benefit of the Debtors' estate pursuant to 11 U.S.C. § 550.

**END OF JUDGMENT**

APPROVED AS TO FORM:

_____

MARK G. VALENCIA
MICHELLE J. CHAPMAN
MARIA AMPARO V. MCCORMICK

Attorneys for Defendant
Tianjin Dinghui Hongjun Equity Investment Partnership

Submitted by:

TSUGAWA LAU & MUZZI LLLC                CHOI & ITO
A Hawaii Limited Liability Law Company  Attorneys at Law
CHRISTOPHER J. MUZZI 6939               CHUCK C. CHOI 6435
LEILA ROTHWELL SULLIVAN 7626           ALLISON A. ITO 8152
55 Queen Street, Suite 3000             700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813                   Honolulu, Hawaii 96813
Telephone No.: (808) 531-0490           Telephone: (808) 533-1877
Facsimile No.: (808) 534-0202           Facsimile: (808) 566-6900
Email: cmuzzi@hilaw.us                   Email: cchoi@hibklaw.com
Email: lrs@hilaw.us                      Email: aito@hibklaw.com

Special Counsel for Debtors/Plaintiffs  General Counsel for
PACIFIC LINKS U.S. HOLDINGS, INC.;      Debtors/Plaintiffs
HAWAII MVCC LLC; HAWAII MGCW
LLC; MDRE LLC; MDRE 2 LLC; MDRE 3
LLC; MDRE 4 LLC; and MDRE 5 LLC

_____

In re: PACIFIC LINKS U.S. HOLDINGS, INC. BK No. 21-00094 (Chapter 11);
PACIFIC LINKS US HOLDINGS, INC., et al. v. TIANJIN DINGHUI HONGJUN
EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP); Adv. Pro.
No. 21-90009; FINAL JUDGMENT

5

H9022a (12/15)

| Information to identify the case: | |
|---|---|
| Debtor(s) **Pacific Links US Holdings, Inc.** | **United States Bankruptcy Court District of Hawaii** |
| Parties Pacific Links US Holdings, Inc., et al. | |
| Plaintiff(s) | |
| v. | |
| Tianjin Dinghui Hongjun Equity Investment Partnership, | Bankruptcy Case number: **21–00094** Chapter: **11** |
| Defendant(s) | Adversary Proceeding No: **21–90009** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Final Judgment (related document nos. 133 and 196) Date of Entry: 8/31/2022. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date:  August 31, 2022                                   Michael B. Dowling
                                                                          Clerk
Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

H8003A (12/15)

| Information to identify the case: | | |
|---|---|---|
| Debtor(s) | **Pacific Links US Holdings, Inc.** | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Parties | Pacific Links US Holdings, Inc., et al. | |
| | Plaintiff(s) | |
| | v. | |
| | Tianjin Dinghui Hongjun Equity Investment Partnership, | Bankruptcy Case number: **21–00094** |
| | Defendant(s) | Chapter: **11**<br>Adversary Proceeding No: **21–90009** |

## NOTICE REGARDING APPEAL

NOTICE IS GIVEN THAT:

The following notice of appeal has been filed in this case or proceeding. A copy of the notice of appeal should be included with this notice or may be accessed via the notice of electronic filing.

> Notice of Appeal of Final Judgment filed on 9/14/2022 by Defendant Tianjin Dinghui Hongjun Equity Investment Partnership . Fee Amount $298. (Related document(s):206 Judgment). (Attachments: # 1 Final Judgment)(Pettit, Ted)

Parties to appeals must comply with procedures governing bankruptcy appeals, including but not limited to those set forth in 28 U.S.C. § 158, Part VIII (Rules 8001 – 8028) of the Federal Rules of Bankruptcy Procedure, and applicable local rules and orders. These authorities specify requirements and deadlines regarding filing a designation of the record of the items to be included in the record on appeal, a statement of issues to be presented, requesting transcripts of the proceedings, as well as other requirements. Failure to comply timely with these procedures may result in dismissal of the appeal.

If the notice of appeal did not include an election to have the appeal heard by the United States District Court for the District of Hawaii, the clerk will transmit the matter to the Bankruptcy Appellate Panel for the Ninth Circuit. If the appellant has not made the election for the district court, another party may elect to have the appeal heard by the district court by timely filing a statement of election.

Forms such as a Request for Transcript and an Optional Appellee Statement of Election to Proceed in District Court (Official Form 417B) may be downloaded as PDFs from:

http://www.hib.uscourts.gov/forms/index_forms_menu.htm.


Date Entered:  September 14, 2022

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov

CASE LOMBARDI & PETTIT
A LAW CORPORATION

TED N. PETTIT                              4287-0
Email: tnp@caselombardi.com
MARK G. VALENCIA                          6783-0
Email: mgv@caselombardi.com
MICHELLE J. CHAPMAN                        9351-0
Email: mjc@caselombardi.com
JAMES W. ROONEY                           11361-0
Email: jwr@caselombardi.com
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813
Phone: (808) 547-5400 | Fax: (808) 523-1888

Attorneys for Defendant
Tianjin Dinghui Hongjun Equity Investment Partnership

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS, INC., a Delaware Corporation,<br><br>        Debtor. | Case No. 21-00094<br>(Chapter 11)<br>(Jointly Administered – Lead Case)<br><br>Adversary Proceeding No. 21-90009 |
| TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP)<br><br>        Appellant,<br><br>   vs.<br><br>PACIFIC LINKS US HOLDINGS, INC., et al.,<br><br>        Appellee. | BAP Case No. 22-1191 |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Appellant TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT ("**TDH**"), by and through its attorneys, Case Lombardi & Pettit, A Law Corporation, and in accordance with Rule 8009(a) of the Federal Rules of Bankruptcy Procedure, hereby respectfully submits its Designation of Record on Appeal and Statement of Issues on Appeal, as follows:

**A. DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL**

| Date | Docket No. | Description |
|------|------------|-------------|
| March 30, 2022 | Dkt. 74 | Plaintiffs' Motion for Partial Summary Judgment on the Elements in Counts I-IX that Plaintiffs did not Receive Reasonably Equivalent Value in Exchange for the Obligations Incurred by Plaintiffs and Transfers Made by Plaintiffs to Defendant. |
| March 30, 2022 | Dkt. 75 | Plaintiffs' Separate and Concise Statement of Material Facts in Support of its Motion for Partial Summary Judgment on the Elements in Counts I-IX that Plaintiffs Did Not Receive Reasonably Equivalent Value in Exchange for the Obligations Incurred by Plaintiffs and Transfers Made by Plaintiffs to Defendant. |
| April 15, 2022 | Dkt. 108 | Defendant's Memorandum in Opposition to [Dkt. 74] Plaintiffs' Motion for Partial Summary Judgment on the Elements in Counts I-IX that Plaintiffs Did Not Receive Reasonably Equivalent Value in Exchange for the Obligations Incurred by Plaintiffs and Transfers Made by Plaintiffs to Defendant.. |
| April 15, 2022 | Dkt. 109 | Defendant's Separate and Concise Statement of Material Facts in Opposition to [DKT. 74] Plaintiffs' Motion for Partial Summary |

2

| Date | Docket No. | Description |
|------|------------|-------------|
|  |  | Judgment; Declaration of Xiao Dang Yang; Declaration of Maria Amparo V. McCormick; Exhibits "A" – "V" |
| April 22, 2022 | Dkt. 116 | Plaintiffs' Reply Memorandum in Support of Their Motion for Partial Summary Judgment on the Element in Counts I-IX that Plaintiffs Did Not Receive Reasonably Equivalent Value in Exchange for the Obligations Incurred by Plaintiffs and Transfers Made by Plaintiffs to Defendant. |
| April 22, 2022 | Dkt. 117 | Plaintiffs' Response to Defendants' Additional Material Facts |
| April 28, 2022 | Dkt. 124 | Tentative Ruling on Motion for Partial Summary Judgment (Reasonably Equivalent Value) |
| April 29, 2022 | Dkt. 126 | PDF with Attached Audio File for Hearing on Motion for Partial Summary Judgment Dkt. 74. |
| April 29, 2022 | Dkt. 127 | Minutes for Hearing held 4/29/22 for Dkt. 74. |
| May 4, 2022 | Dkt. 133 | Memorandum of Decision on Motion for Partial Summary Judgment (Reasonably Equivalent Value) |
| May 6, 2022 | Dkt. 139 | Transcript for Trial/Hearing on April 29, 2022. |
| May 18, 2022 | Dkt. 149 | Defendant's Motion for Reconsideration; Memorandum in Support |
| May 18, 2022 | Dkt. 150 | Declaration of Maria Amparo V. McCormick in Support of Motion for Reconsideration; Exhibits "1" – "17" |
| May 27, 2022 | Dkt. 158 | Written Direct Testimony of Harry Chang; Duane Seabolt. |
| May 31, 2022 | Dkt. 159 | Defendant's Designation of Deposition Testimony of Harry Chang as 30(b)(6) of Plaintiff Pacific Links U.S. Holdings, Inc., Taken on May 13, 2022; Exhibit DD-1 |
| May 31, 2022 | Dkt. 160 | Defendant's Designation of Deposition Testimony of Logan Weber, Taken on April 16, 2022; Exhibit DD-2 |
| May 31, 2022 | Dkt. 161 | Defendant's Designation of Deposition Testimony of Du Sha, Taken on May 24, 2022; |

3

| Date | Docket No. | Description |
|---|---|---|
| | | Exhibit DD-3 |
| June 13, 2022 | Dkt. 167 | Joint Statement of Glossary of Terms and Acronyms for Trial. |
| June 13, 2022 | Dkt. 168 | Defendant's Objections to Plaintiffs' Evidence for Trial. |
| June 13, 2022 | Dkt. 170 | Written Direct Testimony of Xiadong Yang; Garret Hoe; Du Sha; and Logan Weber. |
| June 13, 2022 | Dkt. 171 | Plaintiffs' Trial Memorandum. |
| June 13, 2022 | Dkt. 172 | Defendant's Trial Brief. |
| June 17, 2022 | Dkt. 173 | Written Rebuttal Testimony of Harry Chang; Duane Seabolt. |
| June 17, 2022 | Dkt. 175 | Plaintiffs' Objections to Defendant's Exhibits. |
| June 17, 2022 | Dkt. 176 | Plaintiffs' Objections to Defendant's Testimony. |
| June 17, 2022 | Dkt. 177 | Plaintiffs' Motion in Limine No. 1 |
| June 17, 2022 | Dkt. 178 | Trial Exhibits Filed by Plaintiffs Pacific Links US Holdings. |
| June 17, 2022 | Dkt. 179 | Trial Exhibits (any and all Trial Exhibits). |
| June 23, 2022 | Dkt. 180 | Amended Trial Exhibits. |
| June 24, 2022 | Dkt. 181 | Stipulation Re: Admissibility of Certain Exhibits. |
| June 24, 2022 | Dkt. 182 | Defendant's Opposition to Plaintiffs' Motion in Limine No. 1. |
| June 24, 2022 | Dkt. 183 | Declaration of Maria Amparo V. McCormick; Exhibits 1 and 2 |
| June 24, 2022 | Dkt. 184 | Defendant's Objections to Plaintiffs' Rebuttal Evidence for Trial. |
| June 27, 2022 | Dkt. 185 | Minutes for Trial including all written Testimony and all Exhibits Referenced Therein. |
| June 27, 2022 | Dkts. 186, 187 | PDF with Attached Audio File Day 1 Trial. |
| June 28, 2022 | Dkt. 188 | Amended Trial Exhibits (Plaintiffs). |
| June 28, 2022 | Dkt. 189 | Minutes for Trial Including all Written Testimony and all Exhibits Referenced Therein. |
| June 28, 2022 | Dkts. 190, 191 | PDF with Attached Audio File Day 2 Trial. |
| June 29, 2022 | Dkt. 192 | Minutes for Trial Including all Written Testimony and all Exhibits Referenced Therein. |
| June 29, 2022 | Dkt. 193 | PDF with Attached Audio File Day 3 Trial. |

| Date | Docket No. | Description |
|------|-----------|-------------|
| August 8, 2022 | Dkt. 196 | Findings of Fact and Conclusions of Law on Fraudulent Transfer Claims |
| August 12, 2022 | Dkt. 199 | Plaintiffs' Memorandum in Opposition to Defendant's Motion for Reconsideration. |
| August 19, 2022 | Dkt. 200 | Defendant's Reply Memorandum in Support of its Motion for Reconsideration. |
| August 19, 2022 | Dkt. 201 | Declaration of Maria Amparo V. McCormick in Support of Defendant's Motion for Reconsideration; Exhibit "A" |
| August 26, 2022 | Dkt. 204 | PDF with Attached Audio File Motion for Reconsideration. |
| August 31, 2022 | Dkt. 205 | Order Denying Defendant's Motion for Reconsideration. |
| August 31, 2022 | Dkt. 206 | Final Judgment. |

## B.    STATEMENT OF ISSUES ON APPEAL

1.    Whether or not the Bankruptcy Court erred in finding and concluding that none of the Debtors received reasonably equivalent value in exchange for the obligations and transfers they undertook in the 2019 Transaction.  Findings of Fact and Conclusions of Law [Dkt. 196] ("FOF/COL"), p. 26-27.

2.    Whether or not the Bankruptcy Court erred in finding and concluding that at the time of the 2019 Transaction TDH knew or should have known that Debtors were in financial distress did not meet its burden to establish the good faith defense. FOF/COL p. 32.

3.    Whether or not the Bankruptcy Court erred in finding and concluding that, at the time of the 2019 Transaction, TDH knew, or at the very least should have known, that the Debtors were in financial distress and that the obligations

the Debtors undertook and the transfers they made would make the Debtors' financial difficulties substantially worse. FOF/COL, p. 6.

4. Whether or not the Bankruptcy Court erred in finding that, before the 2019 Transaction, the Debtors had only a small chance of obtaining enough capital to fund their operations, and that the 2019 Transaction eliminated that small chance, and therefore, the "unreasonably small capital" criterion is met. FOF/COL, p. 29

5. Whether or not the Bankruptcy Court erred in finding that, when they entered into the 2019 Transaction, the Debtors intended to incur, and believed they would incur, debts that they could not pay when due. FOF/COL, p. 30.

DATED: Honolulu, Hawaii, September 28, 2022.

/s/ Ted N. Pettit

TED N. PETTIT
MARK G. VALENCIA
MICHELLE J. CHAPMAN
JAMES W. ROONEY
Attorneys for Defendant
TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP

TSUGAWA LAU & MUZZI LLLC
A Hawaii Limited Liability Law Company
CHRISTOPHER J. MUZZI 6939
LEILA ROTHWELL SULLIVAN 7626
55 Queen Street, Suite 3000
Honolulu, Hawaii 96813
Telephone No.: (808) 531-0490
Facsimile No.: (808) 534-0202
Email: cmuzzi@hilaw.us
Email: lrs@hilaw.us

Special Counsel for Debtors/Plaintiffs
PACIFIC LINKS U.S. HOLDINGS, INC.;
HAWAII MVCC LLC; HAWAII MGCW
LLC; MDRE LLC; MDRE 2 LLC; MDRE 3
LLC; MDRE 4 LLC; and MDRE 5 LLC

CHOI & ITO
Attorneys at Law
CHUCK C. CHOI 6435
ALLISON A. ITO 8152
700 Bishop Street, Suite 1107
Honolulu, Hawaii 96813
Telephone: (808) 533-1877
Facsimile: (808) 566-6900
Email: cchoi@hibklaw.com
Email: aito@hibklaw.com

General Counsel for
Debtors/Plaintiffs

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS,<br>INC., a Delaware Corporation,<br><br>     Debtor. | Case No. 21-00094<br><br>Chapter 11<br><br>(Jointly Administered - Lead Case) |
| This Adversary Proceeding relates to:<br><br>ALL CASES | |

| | |
|---|---|
| PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC, | Adversary Proceeding No. 21-90009 |
| Plaintiffs, | Trial Date:  June 27, 2022 |
| vs. | |
| TIANJIN DINGHUI HONGJUN EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP), | |
| Defendant. | |

## APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD

Appellees PACIFIC LINKS US HOLDINGS, INC.; HAWAII MVCC LLC; HAWAII MGCW LLC; MDRE LLC; MDRE 2 LLC; MDRE 3 LLC; MDRE 4 LLC; and MDRE 5 LLC (collectively "**Appellees**") pursuant to Fed. R. Bankr. P. Rule 8009, hereby submit their designation of items to be included in the record on appeal.

Appellees designate the following additional items for inclusion in the record on appeal.  Such designation of pleadings and matters of record includes all exhibits,

1

declarations, and/or other attachments attached to or referred to in the below

designated pleadings or matters of records.

| DATE ENTERED | DOCKET NO. | DOCUMENT DESCRIPTION |
|---|---|---|
| 05/17/2022 | 148 | Pretrial Order (Re: Trial scheduled to start on 06/27/2022) (related document(s) 69, 31). Date of Entry: 5/17/2022. (JN) (Entered: 05/17/2022) |
| 05/19/2022 | 152 | Acknowledgment to Proceed to Trial. Filed by Christopher J. Muzzi on behalf of Hawaii MGCW LLC, Hawaii MVCC LLC, MDRE 2 LLC, MDRE 3 LLC, MDRE 4 LLC, MDRE 5 LLC, MDRE LLC, Pacific Links US Holdings, Inc. (Muzzi, Christopher ) (Entered: 05/19/2022) |
| 05/24/2022 | 157 | Acknowledgment to Proceed to Trial. Filed by Ted N. Pettit on behalf of Tianjin Dinghui Hongjun Equity Investment Partnership. (Pettit, Ted) (Entered: 05/24/2002) |
| 06/17/2022 | 174 | Designation for Cross-Examination of Xiaodong Yang; Garret Hoe. Filed by Christopher J. Muzzi on behalf of Hawaii MGCW LLC, Hawaii MVCC LLC, MDRE 2 LLC, MDRE 3 LLC, MDRE 4 LLC, MDRE 5 LLC, MDRE LLC, Pacific Links US Holdings, Inc. (Attachments: (#1 Written Rebuttle [sic] Testimony of Harry Chang #2 Written Rebuttal Testimony of Duane Seabolt) (Muzzi, Christopher ) (Entered: 06/17/2022) |
| 06/30/2022 | 194 | Amended Notice of Hearing. Filed by Maria Amparo V. McCormick. Haring for: 149 |

2

| | | |
|---|---|---|
| | | Motion to Reconsider.  Hearing scheduled for 8/26/2022 at 10:00 AM by Zoom.  Go to zoomgov.com or call (833) 568-8864.  Enter Meeting ID 161 789 3766; Passcode 1132. (V. McCormick, Maria) (Entered: 06/30/2022) |
| 08/26/2022 | 203 | Minutes for hearing held 08/26/2022. Disposition:  <u>149</u> Motion to Reconsider is denied for reasons stated on the record.  Mr. Muzzi to prepare the order.  Telephonic Appearance(s):  Maria Amparo V. McCormick (Defendant), Christopher J. Muzzi (Plaintiffs). (JN) (Entered: 08/26/2002) |
| 06/27/2022 – 06/30/2022 | | All Plaintiffs' Exhibits admitted at trial. |

DATED: Honolulu, Hawaii, <u>October 12, 2022</u>.

/s/ Christopher J. Muzzi
CHRISTOPHER J. MUZZI
Counsel for Debtors/Plaintiffs
PACIFIC LINKS U.S. HOLDINGS, INC.;
HAWAII MVCC LLC; HAWAII MGCW
LLC; MDRE LLC; MDRE 2 LLC; MDRE 3
LLC; MDRE 4 LLC; and MDRE 5 LLC

**Date Signed:**
**November 17, 2022**



SO ORDERED.

Robert J. Faris
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>PACIFIC LINKS U.S. HOLDINGS,<br>INC., a Delaware Corporation,<br><br>Debtor and<br>Debtor in Possession. | Case No. 21-00094<br>(Chapter 11)<br>(Jointly Administered) |

This Adversary Proceeding relates to:

ALL CASES

| | |
|---|---|
| PACIFIC LINKS US HOLDINGS,<br>INC.; HAWAII MVCC LLC;<br>HAWAII MGCW LLC; MDRE LLC;<br>MDRE 2 LLC; MDRE 3 LLC;<br>MDRE 4 LLC; and MDRE 5 LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>TIANJIN DINGHUI HONGJUN<br>EQUITY INVESTMENT<br>PARTNERSHIP (LIMITED<br>PARTNERSHIP),<br><br>Defendant. | Adversary Proceeding No. 21-90009<br><br>**ORDER GRANTING<br>DEFENDANT'S MOTION FOR<br>STAY PENDING APPEAL, FILED<br>SEPTEMBER 14, 2022**<br><br>HEARING<br>Date:    October 21, 2022<br>Time:    10:00 a.m.<br>Judge:   Honorable Robert J. Faris<br><br>[*Related to Docket No. 210*] |

## ORDER GRANTING DEFENDANT'S MOTION FOR
## STAY PENDING APPEAL, FILED SEPTEMBER 14, 2022

Defendant Tianjin Dinghui Hongjun Equity Investment Partnership's ("Defendant"), filed its Motion For Stay Pending Appeal, on September 14, 2022 (Dkt. 210) ("Motion"). Plaintiffs filed their Opposition to the Motion on October 7, 2022 (Dkt. 228). Defendant filed its Reply on October 14, 2022 (Dkt. 232). The Court filed its Tentative Ruling Granting Stay Pending Appeal on October 20, 2022 (Dkt. 234). The Motion came for hearing on October 21, 2022 at 10:00 a.m. before the Honorable Robert J. Faris, with Ted. N. Pettit, Esq. appearing on behalf of Defendant and Christopher J. Muzzi, Esq., Chuck C. Choi, Esq. and Allison A. Ito, Esq. appearing on behalf of Plaintiffs.

The Court having reviewed the Motion, Opposition, Reply and records and files, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is GRANTED. Enforcement of the judgment in this adversary proceeding is stayed until twenty-eight days after the Bankruptcy Appellate Panel disposes of the appeal from the judgment. The court reserves jurisdiction to consider extending the stay at that point.

**END OF ORDER**

H9022a (12/15)

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor(s)    **Pacific Links US Holdings, Inc.** | **United States Bankruptcy Court**<br>**District of Hawaii** |
| Parties    Pacific Links US Holdings, Inc., et al. | |
| Plaintiff(s) | |
| v. | |
| Tianjin Dinghui Hongjun Equity Investment Partnership, | Bankruptcy Case number:  **21–00094**<br>Chapter:  **11** |
| Defendant(s) | Adversary Proceeding No:  **21–90009** |

## NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Order Granting Motion For Stay Pending Appeal (Related Doc # 210) Date of Entry: 11/17/2022. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date:  November 17, 2022

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov