# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**PLEASE IMMEDIATELY COMPLETE THIS CALENDAR ACKNOWLEDGMENT FORM AND FILE IT WITH THE BAP. E-filers must electronically file this form.**

I acknowledge receipt of calendar notice for the following case and agree to appear by video:

BAP NO: HI-22-1191

Debtor's Name: Pacific Links U.S. Holdings, Inc.

Hearing Date: 05/25/2023

Hearing Time: 12:00 pm

Counsel or Party to Argue (list one):

Name: Kenneth H. Brown

Phone: (415) 263-7000

E-Mail: kbrown@pszjlaw.com

Address: 1 Sansome Street, Suite 3430, San Francisco, CA 94104

Party Represented: Tianjin Dinghui Hongjun Equity Investment Partnership (Limited Partnership)
Check one: X appellant or _____ appellee

**Admission Status** (for attorneys only):
X I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.
_____ I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.

Date: 4/11/23

Signature: *[signed] Kenneth Brown*