# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105

(626) 229-7220

**PLEASE IMMEDIATELY COMPLETE THIS CALENDAR ACKNOWLEDGMENT FORM AND FILE IT WITH THE BAP. E-filers must electronically file this form.**

I acknowledge receipt of calendar notice for the following case and agree to appear by video:

BAP NO: HI-22-1191

Debtor's Name: Pacific Links U.S. Holdings, Inc.

Hearing Date: 05/25/2023

Hearing Time: 12:00 p.m.

Counsel or Party to Argue (list one):

Name: Christopher J. Muzzi

Phone: (808) 531-0490

E-Mail: cmuzzi@hilaw.us

Address: 55 Merchant Street, Suite 3000, Honolulu, HI 96813

Party Represented: Pacific Links U.S. Holdings, Inc., et al.
Check one: _____ appellant or __X__ appellee

**Admission Status** (for attorneys only):
__X__ I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.
_____ I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.

Date: 4/11/2023

Signature: _____